# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| ANGELA ANDERSON ) | |
| ) | |
| *Plaintiff* ) | Case No. 4:23-cv-00105-AGF |
| ) | |
| v. ) | Judge Audrey G. Fleissig |
| ) | |
| AETNA LIFE INSURANCE COMPANY ) | |
| ) | |
| *Defendant* ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy in the above-captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, Plaintiff, Angela Anderson, and Defendant, Aetna Life Insurance Company, hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above- captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Warren von Schleicher* | By: */s/ Talia Ravis (with consent)* |
| Attorney for Defendant, | Attorney for Plaintiff, |
| Aetna Life Insurance Company | Angela Anderson |
| | |
| Warren von Schleicher (IL-6197189) | Talia Ravis |
| HINSHAW & CULBERTSON LLP | LAW OFFICE OF TALIA RAVIS, PA |
| 151 North Franklin Street, Suite 2500 | 9229 Ward Parkway, Suite 370 |
| Chicago, Illinois 60606 | Kansas City, Missouri 64114 |
| P (312) 704-3974 | P (816) 333-8955 |
| wvonschleicher@hinshawlaw.com | talia@erisakc.com |

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Talia Ravis
Law Office of Talia Ravis, PA
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114
talia@erisakc.com

                        */s/ Warren von Schleicher*
                        Warren von Schleicher (IL-6197189)
                        HINSHAW & CULBERTSON LLP
                        151 North Franklin Street, Suite 2500
                        Chicago, Illinois  60606
                        P (312) 704-3974
                        WvonSchleicher@hinshawlaw.com